# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FINANCIAL GROUP, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-7144** |
| **KENNETH ANTOS, ET AL.** | **SECTION "H" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 355) is **GRANTED**. Plaintiff Magnolia Financial Group, L.L.C. is entitled to a fee award in the amount of $363,063.95.

New Orleans, Louisiana, this 2nd day of January, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**