UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FINANCIAL GROUP** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-7144** |
| **KENNETH ANTOS, ET AL** | **SECTION "H"** |

## FINAL JUDGMENT

**IT IS ORDERED, ADJUDGED,** and **DECREED** that:

1. The Notes entered into by and between Antos, Becklean and KCI are valid and enforceable per their terms and as outlined in ECF 25 and ECF 220;

2. There was default under the Notes by Becklean, Antos and KCI by at least October 21, 2015 as outlined in ECF 220 due to lack of payment by the debtors;

3. Judgment is rendered in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC, *in solido*, in the amount of $2,947,518.81, as of June 13, 2016, together with legal interest as provided by law from date of

demand until paid as previously determined by order of the court in ECF 220;

4. Of the $2,947,518.81, this Court issues judgment in the amount of $931,500.00, plus judicial interest as provided by law from date of demand until paid, in favor of Magnolia Financial Group, LLC and against Kenneth Antos for fraud based on Antos's willful and intentional acts in denying and depriving Magnolia Financial Group, LLC payments due under the settlement agreement and in Antos directing such funds to entities other than Magnolia Financial Group with the intent to use the funds for his own or his family's benefit, as set forth in the findings of fact and conclusions of law previously entered in this matter at ECF 351.

5. Plaintiff Magnolia Financial Group, L.L.C. is entitled to a fee award in the amount of $363,063.95

New Orleans, Louisiana this 26th day of June, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**